FILED

07 DEC 19 PM 3:15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07 CR 3415 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; |
| CHRISTIAN MARIA RODRIGUEZ (1), MARGARITA HEREDIA-VARGAS (2), MARTIN MORALES LOZANO-VARGAS (3), JESUS TRAPERO-ZAZUETA (4), ADAN MAGANA JR. (5), | Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| Defendants. | |

The grand jury charges:

On or about December 8, 2007, within the Southern District of California, defendants CHRISTIAN MARIA RODRIGUEZ, MARGARITA HEREDIA-VARGAS, MARTIN MORALES LOZANO-VARGAS, JESUS TRAPERO-ZAZUETA, and ADAN MAGANA JR. did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 382.9 kilograms (842.4 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:fer:Imperial
12/19/07