ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for ADAN MAGANA Jr.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 07CR3415-DMS |
| Plaintiff, | ) ) | Date: January 25, 2008<br>Time: 11:00 a.m. |
| v. | ) ) | |
| ADAN MAGANA Jr. (2), | ) | MOTIONS TO: |
| Defendant. | ) ) | (1) COMPEL DISCOVERY;<br>(2) JOIN MOTIONS; and |
| _____ | ) ) ) | (3) GRANT LEAVE TO FILE FURTHER<br>    MOTIONS |

TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY, and
         PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY

<u>MOTIONS</u>

        Defendant, Adan MAGANA Jr., by and through his attorney, Robert C. Schlein, asks this

Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other

applicable statutes, case law, and local rules for an order to:

        (1)      Compel Discovery;

        (2)      Join Motions; and

        (3)      Grant Leave to File Further Motions.

//

//

//