1
2
3
4
5

ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for ADAN MAGANA Jr.*

6

## UNITED STATES DISTRICT COURT

7

## SOUTHERN DISTRICT OF CALIFORNIA

8

### (HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:  07CR3415-DMS |
| Plaintiff, | ) ) | Date:   January 25, 2008 |
| | ) ) | Time:  11:00 a.m. |
| v. | ) ) | NOTICE OF MOTIONS |
| ADAN MAGANA Jr. (2), | ) | TO: |
| Defendant. | ) ) ) | (1) COMPEL DISCOVERY; (2) JOIN MOTIONS; and |
| | ) | (3) GRANT LEAVE TO FILE FURTHER |
| | ) | MOTIONS |

16    TO:        KAREN P. HEWITT, UNITED STATES ATTORNEY, and
17               PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY

18         PLEASE TAKE NOTICE that on January 25, 2008 at 11:00 a.m. or as soon thereafter as

19    counsel may be heard, defendant, Adan MAGANA Jr., by and through his attorney, Robert C. Schlein, will

20    ask this Court to enter an order granting the accompanying motions.

21

22                                        Respectfully submitted,

23

24    Dated: January 2, 2008                    /s/ROBERT C. SCHLEIN
                                                Robert C. Schlein
25                                              Attorney-at-Law
                                                Attorney for Defendant MAGANA
26                                              robert@rcslaw.org

27

28