ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone: (619) 235-9026
Email: robert@rcslaw.org

*Attorney for ADAN MAGANA Jr.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case: 07CR3415-DMS |
| Plaintiff, | ) | Date: January 25, 2008 |
| | ) | Time: 11:00 a.m. |
| v. | ) | |
| ADAN MAGANA Jr. (2), | ) | MOTIONS TO: |
| Defendant. | ) | (1) COMPEL DISCOVERY; |
| | ) | (2) JOIN MOTIONS; and |
| | ) | (3) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and
PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY

<u>MOTIONS</u>

Defendant, Adan MAGANA Jr., by and through his attorney, Robert C. Schlein, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)  Compel Discovery;

(2)  Join Motions; and

(3)  Grant Leave to File Further Motions.

//

//

//

1  These motions are based upon the instant motions and notice of motions, the attached
2  statement of facts and memorandum of points and authorities, the files and records in the above-captioned
3  matter, and any and all other materials that may come to this Court's attention prior to or during the hearing
4  of these motions.

5  Respectfully submitted,

6

7  Dated: January 2, 2008          /s/ROBERT C. SCHLEIN
   Robert C. Schlein
8  Attorney-at-Law
   Attorney for Defendant MAGANA
9  robert@rcslaw.org

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28