ROBERT C. SCHLEIN
California State Bar No. 97876
401 "B" Street, Suite 2209
San Diego, CA 92101
Telephone:  (619) 235-9026
Email: robert@rcslaw.org

*Attorney for ADAN MAGANA Jr.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:   07CR3415-DMS |
| | ) | |
| Plaintiff, | ) | Date:    January 25, 2008 |
| | ) | Time:  11:00 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS |
| ADAN MAGANA Jr. (2), | ) | TO: |
| | ) | |
| Defendant. | ) | (1) COMPEL DISCOVERY; |
| | ) | (2) JOIN MOTIONS; and |
| | ) | (3) GRANT LEAVE TO FILE FURTHER |
| _____ | ) | MOTIONS |

TO:          KAREN P. HEWITT, UNITED STATES ATTORNEY, and
PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY

        PLEASE TAKE NOTICE that on January 25, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, defendant, Adan MAGANA Jr., by and through his attorney, Robert C. Schlein, will ask this Court to enter an order granting the accompanying motions.

                                        Respectfully submitted,

Dated: January 2, 2008                  /s/ROBERT C. SCHLEIN___
                                        Robert C. Schlein
                                        Attorney-at-Law
                                        Attorney for Defendant MAGANA
                                        robert@rcslaw.org