HOLLY S. HANOVER, Esq.
California State Bar Number 177303
3132 Third Ave. #101
San Diego, CA 92103
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Martin Morales Lozano Vargas

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HON. DANA M. SABRAW)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff,  v.  **MARTIN MORALES LOZANO VARGAS (3),**     Defendant. | CASE NO. 07cr3415-DMS  DATE: January 25, 2005  TIME: 11:00 a.m.  NOTICE OF MOTIONS and MOTIONS TO:  1) COMPEL DISCOVERY;  2) TO JOIN IN CO-COUNSEL'S MOTIONS and for  3) <u>LEAVE TO FILE FURTHER MOTIONS</u> |

TO:   KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND
      JOSEPH J.M. ORABONA, or current ASSISTANT UNITED STATES ATTORNEY:

    PLEASE TAKE NOTICE that on January 25, 2007 at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Martin Morales Lozano Vargas, by and through his counsel, Holly S. Hanover, will ask this Court to enter an order granting the motions listed below.

//
//
//
//
//
//
//
//

**MOTIONS**

The Defendant, Martin Morales Lozano Vargas, by and through his attorney, Holly S. Hanover, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1)      Compel Discovery;

2)      To join in co-counsel's motions; and to

3)      Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

**Respectfully submitted,**

**Dated:  January 11, 2008**              s/ *Holly S. Hanover*
                                          **Attorney for Mr. Martin Morales Lozano Vargas**
                                          **E-mail: Netlawyr@aol.com**