NJEREMY D. WARREN
California State Bar Number 177900
105 West F Street, Fourth Floor
San Diego, California 92101
Tel: (619) 234-4433
Email: jw@jwarrenlaw.com

Attorney for Mr. Lemus

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3415-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR JOINDER IN PRETRIAL MOTIONS** |
| CHRISTIAN MARIA RODRIGUEZ, | ) | |
| Defendant. | ) | |

Christian Maria Rodriguez, the above-named defendant, by and through counsel, Jeremy D. Warren, moves the Court for an order permitting her to join in the following pretrial motions filed by her codefendants:

*Docket No.*     *Nature of Motion*

27                    for discovery

31                    A) for discovery, B) to Suppress Fruits of Unlawful Arrest

                                        Respectfully submitted,

                                        /s Jeremy D. Warren

Dated: January 22, 2008                 JEREMY D. WARREN
                                        Attorney for Defendant Rodriguez

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in the city of San Diego, CA. I am over eighteen years of age. My business address is 105 West F Street, Fourth Floor San Diego, CA 92101.

On January 22, 2008, I personally served the following documents:

**Motion for Joinder in Co-Defendant's Motions**

on the below attorneys by electronic filing:

Assistant United States Attorney Randy Jones

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 22, 2008 at San Diego, CA.

/s Jeremy Warren

_____
Jeremy D. Warren