**NORMA A. AGUILAR**
California State Bar No. 211088
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: norma_aguilar@fd.org

Attorneys for Ms. Heredia-Vargas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MARGARITA HEREDIA-VARGAS,<br><br>  Defendant. | CASE NO. 07CR3415-DMS<br><br>DATE:  MARCH 7, 2008<br>TIME:  11:00 A.M.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>(1) DISMISS THE INDICTMENT FOR GRAND JURY VIOLATION;<br>(2) SUPPRESS STATEMENTS;<br>(3) SUPPRESS EVIDENCE THAT WAS FRUIT OF ILLEGAL SEARCH;<br>(4) SUPPRESS FRUITS OF ILLEGAL ARREST;<br>(5) COMPEL DISCOVERY/PRESERVE EVIDENCE; AND<br>(6) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:  KAREN HEWITT, UNITED STATES ATTORNEY, AND
     PETER J. MAZZA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 7, 2008 at 11:00 p.m., or as soon thereafter as counsel may be heard, defendant, Margartia Heredia-Vargas, by and through her attorney, Norma A. Aguilar, and Federal Defenders of San Diego, will ask this Court to enter an order granting the following motions.

07CR3415-DMS

# MOTIONS

Defendant, Margarita Heredia-Vargas, by and through her attorney, Norma A. Aguilar and Federal Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

1) Dismiss the Indictment for Grand Jury Violation;
2) Suppress Statements;
3) Suppress Evidence That Was Fruit of Illegal Search;
4) Suppress Fruits of Illegal Arrest;
5) Compel Discovery/Preserve Evidence; and
6) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

/s/ Norma A. Aguilar

Dated:    February 22, 2008    **NORMA A. AGUILAR**
Attorney for Ms. Heredia-Vargas
norma_aguilar@fd.org