```
NJEREMY D. WARREN
California State Bar Number 177900
105 West F Street, Fourth Floor
San Diego, California 92101
Tel: (619) 234-4433
Email: jw@jwarrenlaw.com

Attorney for Mr. Lemus
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr3415-DMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MOTION FOR JOINDER IN PRETRIAL MOTIONS** |
| **CHRISTIAN MARIA RODRIGUEZ,** | ) | |
| Defendant. | ) | |

    Christian Maria Rodriguez, the above-named defendant, by and through counsel, Jeremy D. Warren, moves the Court for an order permitting her to join in the following pretrial motions filed Federal Defenders and Norma Aguilar on behalf of Margarita Heredia-Vargas:

*Docket No.*    *Nature of Motion*

37    A) motion to suppress evidence resulting from illegal search, B) motion to suppress fruits of illegal arrest,

                                    Respectfully submitted,

                                    /s Jeremy D. Warren

Dated: March 7, 2008                JEREMY D. WARREN
                                        Attorney for Defendant Rodriguez

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in the city of San Diego, CA. I am over eighteen years of age. My business address is 105 West F Street, Fourth Floor San Diego, CA 92101.

On March 7, 2008, I personally served the following documents:

**Motion for Joinder in Co-Defendant's Motions**

on the below attorneys by electronic filing:

Assistant United States Attorney Pete Mazza

Counsel for all co-defendants

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 7, 2008 at San Diego, CA.

/s Jeremy Warren

_____
Jeremy D. Warren