1  ROBERT C. SCHLEIN
   California State Bar No. 97876
2  401 "B" Street, Suite 2209
   San Diego, CA 92101
3  Telephone: (619) 235-9026
   Email: robert@rcslaw.org
4
   *Attorney for ADAN  MAGANA Jr.*
5

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8              (HONORABLE DANA M. SABRAW)

9  UNITED STATES OF AMERICA,          )    Case:  07cr3415-DMS
                                      )
10            Plaintiff,              )
                                      )    **MOTION FOR JOINDER IN**
11 v.                                 )    **PRETRIAL MOTIONS**
                                      )
12 ADAN MAGANA Jr. (2),               )
                                      )
13            Defendant.              )
                                      )
14 _____ )
                                      )
15

16        Adan Magana Jr., the above-named defendant, by and through counsel, Robert C. Schlein,

17 moves the Court for an order permitting him to join in the following pretrial motions filed by Federal

18 Defenders and Norma Aguilar on behalf of Margarita Heredia-Vargas:

19        ***Docket***       ***Nature of Motion***

20         37              A) Motion to Suppress Evidence Resulting from Illegal Search, B) Motion

21                         to Suppress Fruits of Illegal Arrest,

22

23                              Respectfully submitted,

24 Dated: March 10, 2008          /s/ROBERT C. SCHLEIN____
                                  Robert C. Schlein
25                                Attorney-at-Law
                                  Attorney for Defendant MAGANA
26                                robert@rcslaw.org

27

28