## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 07CR3415-DMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ADAN MAGANA Jr. (2), ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age. My business address is 401 "B" Street, Suite 2209, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of:

**Motion for Joinder in Pretrial Motions**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. Peter Mazza, Assistant United States Attorney

    2. Counsel for all co-defendants

I declare under penalty of perjury that the foregoing is true and correct

Executed on March 10, 2008.

                                                s/Robert C. Schlein
                                               ROBERT C. SCHLEIN