HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave
Spring Valley, CA 91977
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Martin Morales Lozano Vargas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HON. DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>v.<br><br>MARTIN MORALES LOZANO VARGAS (3),<br>      Defendant. | CASE NO. 07cr3415-DMS<br><br>DATE: May 9, 2008<br>TIME: 1:30 p.m.<br><br>MOTION FOR JOINDER IN PRETRIAL MOTIONS |

TO:   KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND
      PETER MAZZA, or current ASSISTANT UNITED STATES ATTORNEY:

Martin Morales Lozano Vargas, the above named defendant, by and through his counsel, Holly S. Hanover, moves the Court for an order permitting him to join in the following pretrial motions filed by Federal Defenders and Norma Aguilar on Behalf of Margarita Heredia-Vargas:

| Docket | Nature of Motion |
|---|---|
| 37 | A) Motion to Suppress Evidence Resulting from Illegal Search, B) Motion to Suppress Fruits of Illegal Arrest. |

                                          **Respectfully submitted,**

**Dated:  March 31, 2008**              s/ *Holly S. Hanover*
                                         **Attorney for Mr. Lozano Vargas**
                                         **E-mail: Netlawyr@aol.com**