1  HOLLY S. HANOVER, Esq.
   California State Bar Number 177303
2  1016 La Mesa Ave
   Spring Valley, CA 91977
3  Telephone:  (619) 295-1264
   E-Mail: Netlawyr@aol.com
4  Attorney for Defendant, Mr. Martin Morales Lozano Vargas

5

                    UNITED STATES DISTRICT COURT
6                   SOUTHERN DISTRICT OF CALIFORNIA
                      (THE HON. DANA M. SABRAW)
7

8  UNITED STATES OF AMERICA,        )    CASE NO.  07cr3415-DMS
        Plaintiff,                  )
9                                   )    DATE:  May 9, 2008
   v.                               )    TIME:  1:30 p.m.
10                                  )
   MARTIN MORALES LOZANO VARGAS     )    NOTICE OF MOTIONS AND MOTIONS TO:
11 (3),                             )    1)   SUPPRESS STATEMENTS,
        Defendant.                  )    2)   FILE DEFENDANT'S DECLARATION
12                                  )         AFTER COURT IMPOSED DATE; and to
                                    )    3)   FILE FURTHER MOTIONS
13

14 TO:     KAREN P. HEWITT, or current UNITED STATES ATTORNEY, AND
           PETER MAZZA, or current ASSISTANT UNITED STATES ATTORNEY:
15

16      PLEASE TAKE NOTICE that on May 9, 2007 at 1:30 a.m., or as soon

17 thereafter as counsel may be heard, Martin Morales Lozano Vargas, the

18 above named defendant, by and through his counsel, Holly S. Hanover,

19 will ask this Court to enter an order granting the motions listed below:

20 1)   To suppress statements,

21 2)   To allow him to file his declaration after the Court imposed

22      date; and

23 3)   Leave to file further motions.

24                              Respectfully submitted,

25
   Dated:  March 31, 2008       s/ Holly S. Hanover
26                              Attorney for Mr. Lozano Vargas
                                E-mail: Netlawyr@aol.com
27

28

                                1                          07cr3415