HOLLY S. HANOVER, Esq.
California State Bar Number 177303
1016 La Mesa Ave
Spring Valley, CA 91977
Telephone: (619) 295-1264
E-Mail: Netlawyr@aol.com
Attorney for Defendant, Mr. Martin Morales Lozano Vargas

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(THE HON. DANA M. SABRAW)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       Plaintiff, <br><br> v. <br><br> **MARTIN MORALES LOZANO VARGAS (3),**       Defendant. | CASE NO. 07cr3415-DMS <br><br> DATE: May 9, 2008 <br> TIME: 1:30 p.m. <br><br> **CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

I, Holly Hanover, am a citizen of the United States and am at least 18 years of age. My business address is 3132 Third Ave. #101, San Diego, CA, 92103.

I have cause the service of the Motion to Suppress Statements and delay filing of the Declaration on this case. The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

| Name: | E-mail Address: |
|---|---|
| Norma A Aguilar | norma_aguilar@fd.org, aguilarlaw@yahoo.com, diana_sarmiento@fd.org |
| Sylvia A Baiz | sbaiz@sciti.com |
| Peter J Mazza | peter.mazza@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov |

Case 3:07-cr-03415-DMS    Document 48-3    Filed 03/31/2008    Page 2 of 2

| | |
|---|---|
| Robert C Schlein | robert@rcslaw.org, rschlein_2000@yahoo.com |
| Jeremy D Warren | jw@jwarrenlaw.com |

**Respectfully submitted,**

**Dated:  March 31, 2008**          s/ *Holly S. Hanover*
                                    **Attorney for Mr. Martin Morales Lozano Vargas**
                                    **E-mail: Netlawyr@aol.com**