1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5528 / (619) 235-2757(Fax)
   Email: peter.mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,          )   Criminal Case No. 07-CR-3415-DMS
11                                     )
                          Plaintiff,   )   DATE: May 9, 2008
12                                     )   TIME: 1:30 a.m.
                  v.                   )
13                                     )   **JOINT MOTION TO CONTINUE**
   CHRISTIAN RODRIGUEZ, et al.,        )   **SUPPRESSION HEARING**
14                                     )
                          Defendant.   )
15  _____   )

16
          NOW COMES plaintiff United States of America, by and through its counsel, U.S.
17
   Attorney Karen P. Hewitt and Assistant U.S. Attorney Peter J. Mazza, and defendant Christian
18
   Maria Rodriguez , by and through his counsel, Jeremy D. Warren; defendant Margarita Heredia-
19
   Vargas, by and through her counsel, Norma A. Aguilar; defendant Martin Morales Lozano-Vargas,
20
   by and through his counsel, Holly S. Hanover; defendant Adan Magana, by and through his
21
   counsel, Robert C. Schlein, herein jointly request this Court to continue the suppression hearing
22
   currently set for May 9, 2008, at 1:30 p.m to June 6, at 1:30 p.m.
23
                                             Respectfully submitted,
24                                           Karen P. Hewitt
                                             United States Attorney
25

26  DATED: April 24, 2008.                   s/*Peter J. Mazza*_____
                                             Peter J. Mazza
27                                           Assistant United States Attorney
                                             Attorneys for Plaintiff,
28                                           United States of America

1    DATED: April 24, 2008.           *s/Jeremy D. Warren*
                                           Jeremy D. Warren, Esq.

2                                            Law Offices of Jeremy Warren
                                           Attorney for Defendant

3                                            Christian Maria Rodriguez

4

     DATED: April 24, 2008.           *s/Norma A. Aguilar*

5

6                                            Norma A. Aguilar, Esq.
                                           Federal Defenders of San Diego, Inc.
                                           Attorney for Defendant,

7                                            Margarita Heredia-Vargas

8

     DATED: April 24, 2008.           *s/Holly S. Hanover*

9                                            Holly S. Hanover, Esq.
                                           Law Offices of Holly S. Hanover

10                                            Attorney for Defendant,
                                           Martin Morales Lozano-Vargas

11

12    DATED: April 24, 2008.           *s/Robert C. Schlein*
                                           Robert C. Schlein, Esq.

13                                            Robert Schlein and Associates
                                           Attorney for Defendant,

14                                            Adan Magana, Jr.

15    ///

16    ///

17    ///

18

19

20

21

22

23

24

25

26

27

28                                   2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3415-DMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CHRISTIAN MARIA RODRIGUEZ, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Peter J. Mazza, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the **Joint Motion to Continue Supression Hearing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Jeremy D. Warren, Esq.
2. Norma A. Aguilar, Esq.
3. Holly S. Hanover, Esq.
4. Robert C. Schlein, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2008.

s/ *Peter J. Mazza*
Peter J. Mazza

3