**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-CR-3415-DMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **REQUEST FOR CONTINUANCE OF** |
| | ) | **SUPPRESSION HEARING** |
| | ) | |
| CHRISTIAN RODRIGUEZ, et al., | ) | |
| Defendant. | ) | |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue sentencing be GRANTED, and that Defendant's suppression hearing be continued from May 9, 2008, at 1:30 P.M. to June 6, 2008, at 1:30 P.M

IT IS SO ORDERED.

DATED:  April 24, 2008

_____

HON. DANA M. SABRAW

United States District Judge