FILED

2008 JUL 25 PM 2:35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3415-DMS |
| Plaintiff, ) | I N D I C T M E N T |
| ) | (Superseding) |
| v. ) | |
| ) | Title 21, U.S.C., Secs. 841(a)(1) |
| MARGARITA HEREDIA-VARGAS (2), ) | and 846 - Conspiracy to Distribute |
| MARTIN MORALES ) | Marijuana; Title 21, U.S.C., |
| LOZANO-VARGAS (3), ) | Sec. 841(a)(1) - Possession of |
| ADAN MAGANA JR. (5), ) | Marijuana with Intent to |
| ) | Distribute; Title 18, U.S.C., |
| Defendants. ) | Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including December 8, 2007, within the Southern District of California and elsewhere, defendants MARGARITA HEREDIA-VARGAS, MARTIN MORALES LOZANO-VARGAS, ADAN MAGANA JR., and Christian Maria Rodriguez and Jesus Trapero-Zazueta, both charged elsewhere, did knowingly and intentionally conspire together and with each other, and with other persons known and unknown to the grand jury to distribute, 100 kilograms and more, of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

PJM:em(1):San Diego
7/25/08

<u>Count 2</u>

On or about December 8, 2007, within the Southern District of California, defendants MARGARITA HEREDIA-VARGAS, MARTIN MORALES LOZANO-VARGAS, ADAN MAGANA JR., and Christian Maria Rodriguez and Jesus Trapero-Zazueta, both charged elsewhere, did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 382.9 kilograms (842.4 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: July 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney