

```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   SOUTHERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,     )   Criminal No. 07CR3415 DMS
                                   )
11              Plaintiff,         )
                                   )   CONSENT TO RULE 11 PLEA IN A
12   v.                            )   FELONY CASE BEFORE UNITED
                                   )   STATES MAGISTRATE JUDGE
13   ADAN MAGANA            ,      )
                                   )
14              Defendant.         )
                                   )
15   _____)

16        I have been advised by my attorney and by the United States
17   Magistrate Judge of my right to enter my plea in this case before
18   a United States District Judge.  I hereby declare my intention to
19   enter a plea of guilty in the above case, and I request and
20   consent to have my plea taken by a United States Magistrate Judge
21   pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22        I understand that if my plea of guilty is taken by the
23   United States Magistrate Judge, and the Magistrate Judge
24   recommends that the plea be accepted, the assigned United States
25   District Judge will then decide whether to accept or reject any
26   plea agreement I may have with the United States and will
27   adjudicate guilt and impose sentence.
28        I further understand that any objections to the Magistrate
```

1  Judge's findings and recommendation must be filed within 14 days
2  of the entry of my guilty plea.
3
4
5  Dated: __8-13-08__           _____
6                                        Defendant
7
8
9  Dated: __8/13/08__           _____
10                                   Attorney for Defendant
11
12       The United States Attorney consents to have the plea in this
13  case taken by a United States Magistrate Judge pursuant to
14  Criminal Local Rule 11.2.
15
16
17  Dated: __8/13/08__           _____
18                              Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28